# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER R. CISCO, )
)
Petitioner, )
)
v. ) Civil Action No. 25-0782 (UNA)
)
DISTRICT OF COLUMBIA, )
)
Respondent. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of Petitioner's application to proceed *in forma pauperis* (ECF No. 2), *pro se* Petition for a Writ of Habeas Corpus Ad Testificandum (ECF No. 1, "Pet."), and motion for a hearing (ECF No. 3, "Mot."). The Court will grant the application and deny the petition and motion.

Petitioner currently is detained at the Ford County Correctional Center in Paxton, Illinois. *See* Pet. at 4, 6. He asks "this Court [to] issue a writ of habeas corpus ad testificandum requiring [the] Ford County Sheriff . . . and Jail Admin. . . . to bring [him] before the Court for [a] hearing scheduled to commence on March 7[], 2025[.]" *Id*. at 1.

A court may issue a writ of habeas corpus if "[i]t is necessary to bring [Petitioner] to testify or for trial." 28 U.S.C. § 2241(c)(5); *see Castillo v. Hogan*, No. 3:14-cv-1166 (VAB), 2019 WL 13241143, at *1 (D. Conn. Mar. 8, 2019) (citing *Atkins v. City of New York*, 856 F. Supp. 755, 757 (E.D.N.Y. 1994), 28 U.S.C. § 2241(c)(5), and 28 U.S.C. § 1651(a)). The decision to issue the writ is left to the court's discretion. *See, e.g.*, *Parks v. Thomas*, No. 1:13-cv-3090, 2014 WL 31475, at *1 (M.D. Pa. Jan. 3, 2014). Because Petitioner has no matter pending before this Court, there is no reason for him to be brought to the District of Columbia. If Petitioner is requesting a writ for the purpose of appearing at an Illinois court proceeding, this

1

Court cannot, and should not, determine whether Petitioner's presence is necessary to testify or for trial. *See Tucker v. Rockwell*, No. 10-cv-2125 (NLH), 2010 WL 2545986, at *1 (D.N.J. June 18, 2010) ("[T]his Court is not the trial court hearing the matter at which Petitioner seeks to testify. As such, this Court does not have proper jurisdiction to issue a writ of habeas corpus ad testificandum in this matter.").

An Order is issued separately

/s/
TANYA S. CHUTKAN

DATE: April 10, 2025                                     United States District Judge